■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM LANCASTER, Appellant. [842 NYS2d 352]—Appeal from an order of the Monroe County Court (John J. Connell, J.), entered September 14, 2005. The order affirmed a judgment (denominated order) of the Rochester City Court (Teresa D. Johnson, J.), entered May 13, 2003 determining that defendant is a level two risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.

■ In the Matter of JAPRIA E., an Infant. NIAGARA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHAMICA G., Appellant, et al., Respondent. [841 NYS2d 922]—Appeal from an order of the Family Court, Niagara County (David E. Seaman, J.), entered April 24, 2006 in a proceeding pursuant to Family Court Act article 10. The order adjudged that the child is a neglected child and granted the paternal grandmother sole custody of the child.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Hurlbutt, Lunn, Fahey and Pine, JJ.